Henry P. Gonzalez, LL.M. (HG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
1211 Connecticut Ave., N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980    Telephone
(202) 293-3307    Facsimile

Attorneys for Plaintiff, Shipco Transport Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | | |
|---|---|---|
| Shipco Transport Inc. | : | |
| | : | **ECF Case** |
| | : | |
| Plaintiff, | : | **Civil Action No.: 08 CV 3626 (DAB )** |
| | : | |
| v. | : | **COMPLAINT** : |
| | : | |
| Sea Marine Cargo, | : | |
| | : | |
| and | : | : |
| | : | |
| Masood Siddiqui individually and doing | : | |
| business as Sea Marine Cargo, | : | |
| | : | |
| and | : | |
| | : | |
| Husseini Shakeel, individually and doing | : | |
| Business as Sea Marine Cargo, | : | |
| | : | |
| | : | |
| | : | : |
| Defendants. | : | |

------------------------------------------------------x

   Plaintiff, Shipco Transport Inc. (Shipco), by and through its attorneys, brings this action civil and maritime in nature against Sea Marine Cargo; Masood Siddiqui and Husseini Shakeel, individuals doing business as Sea Marine Cargo ("Sea Marine"); and other defendants whose names are not yet ascertained; and for its complaint alleges the following upon information and belief.

## JURISDICTIONAL ALLEGATIONS

1.   The Jurisdiction of this Court is founded on the admiralty or maritime character of the claim as more fully appears below.   This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Ocean Shipping Reform Act of 1998, 46 U.S.C. App. Section 1701 *et seq.*

2.   This Court also has civil and admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1331, 1332, and 1333.

## VENUE

3.   Venue is proper in this Court as, upon information and belief, Sea Marine Cargo, at all times mentioned herein, was and is a company organized under the laws of New York with offices and place of business at 172 Madison Ave., Suite 205, New York, NY 10016; Masood Siddiqui, and Husseini Shakeel are individuals doing business as Sea Marine Cargo; and any defendants not yet ascertained, do or transact business in this district, and the services that are the subject matter of this action were contracted for in this jurisdiction.

4.   Further, defendants and each of them, have their principal place of business and headquarters in the Borough of Manhattan, New York City in the jurisdiction of the United States District Court for the Southern District of New York.

## THE PARTIES

5.   Plaintiff, Shipco Transport Inc., is a non-vessel-operating common carrier (NVOCC) licensed by the Federal Maritime Commission and is a corporation, incorporated in

the State of New Jersey with principal place of business at 80 Washington Street, Hoboken, New Jersey 07080.

6.    Upon information and belief, Masood Siddiqui and Husseini Shakeel are individuals doing and doing business as Sea Marine Cargo, with offices at 172 Madison Avenue, Suite 205, New York, New York 10016., and 45 East 33d Street,    Second Floor, New York, New York 10016.

7.    Upon information and belief, defendant Sea Marine Cargo was and still is a company organized and existing under the laws of the State of New York with offices and a place of business at 172 Madison Avenue, Suite 205, New York, New York 10016.

## FACTS

8.    From on or about December 20, 2005 through and including January 4, 2007, Sea Marine Cargo by and through its principal, defendant Masood Sidiqui, requested Shipco to arrange and provide ocean transportation by ship, and other related services for transportation in containers of personal effects, furniture, household goods, and motor vehicles from the port of New York to Port Au Prince, Haiti, Tema, Ghana; and Lome, in Togo, among others.

9.    Sea Marine Cargo and its owners and principals shipped as the named shipper 10 different cargoes in shipments with common carriers provided by Shipco Transport during the above stated period in order to carry out the shipments described above in this complaint. Copies of the bills of lading and invoices pertaining to each of these shipments are attached to this complaint and incorporated by reference herein as Exhibits 1 and 2 respectively.

10.    Plaintiff, Shipco Transport Inc., billed Sea Marine Cargo on numerous occasions from on or about December 20, 2005 through and including the date of filing this complaint on or about April 11, 2008.  A copy of the complete account sent on or about

3

February 25, 2008, to Sea Marine Cargo is attached hereto as Exhibit 3. Sea Marine Cargo has received these accountings but has sent no written objection to them. And the accounts have not been paid to date.

## ALLEGATIONS

### COUNT I: BREACH OF CONTRACT

11.   Shipco Transport Inc. incorporates the allegations in Paragraph 1 through 10 above as if fully set forth herein.

12.   Shipco Transport Inc. and Defendants entered into contracts of carriage as evidenced by the relevant bills of lading attached to this complaint as Exhibit 1.

13.   Shipco has duly performed all obligations, conditions, and promises pursuant to the contracts of carriage between Defendants and Shipco.

14.   Under the contracts of carriage, Defendants, and each of them, were obligated to pay Shipco Transport Inc. the ocean freight charges, demurrage, and all related fees and service charges for the transportation services provided to Defendants by Shipco

15.   However, Defendants breached the contracts between Defendants and Shipco by failing to pay Shipco the service charges, fees, and all other charges imposed by the NVOCC, Shipco Transport Inc.

16.   As a proximate result of the failure of Defendants, and each of them, to pay Shipco the ocean freight charges, service charges, fees, and all other chargees in the total amount of $26,725.22, Shipco suffered damages in the amount of $26,725.22.

17.   In direct relation to the contracts described herein, Defendants signed a credit agreement and general lien agreement with Shipco Transport Inc., a copy of which is attached hereto as Exhibit 4, dated on or about May 17, 2006.   This agreement provided that attorneys

fees, charges and expenses related to the above described services will be paid by Sea Marine Cargo by and through its principal, Masood Siddiqui.

## COUNT II: INDEMNIFICATION AND CONTRIBUTION

18.     Shipco Transport Inc. incorporates the allegations in Paragraph 1 through 17 above as if fully set forth herein.

19.     Shipco entered into contracts of carriage with ocean, and insurance carriers for the benefit of Defendants.

20.     Pursuant to the contacts of carriage, Shipco Transport Inc. advanced payments to ocean, and insurance carriers on behalf of Defendants for the transportation of Defendants' shipments.

21.     Defendants, and each of them, were aware of their obligation to pay Shipco the ocean freight and service charges Shipco advanced to the carriers and insurers on behalf of Defendants.

22.     However, Defendants breached their duty by failing to pay Shipco the required service charges, fees, and charges, and continues to refuse to pay Shipco for those charges, even after repeated demands from Shipco.

23.     As a result, Shipco suffered damages proximately resulting from the breach of contract of defendants, and each of them, in the amount of $26,725.22.   Sea Marine Cargo and its Defendant owners, are fully liable to Shipco for the loss or damage suffered by Plaintiff.

## COUNT III:   ACCOUNT STATED

24.     Shipco Transport Inc. incorporates by reference the allegations in Paragraph 1 through 23 above as if fully set forth herein.

25.     On or about December 20, 2005 through and including and continuing to the date of filing this complaint in April 2008, plaintiff, Shipco Transport Inc. sent to Sea Marine Cargo copies of the account attached hereto as Exhibit 3.   The accounts were mailed to the attention of Mr. (Husseini) Shakeel, Manager, Sea Marine Cargo, 172 Madison Ave., Suite 205, New York, NY 10016.

26.     Upon receiving plaintiff's accounts during the period described above, Sea Marine and defendants made minimal payments, and the entire balance of $26,725.22 remained upaid and is currently unpaid.

27.     The balance of payment due from Sea Marine Cargo and all defendants in this action was allowed to remain an inordinate, unreasonable period of time without payment. During the period from to December 20, 2005, through and including January 4, 2007, and extending to the date of filing this complaint.

28.     On the basis of defendants' nonpayment of plaintiff's accounts for an excessive and unreasonable period of time, defendants, and each of them, are legally responsible and liable for an account stated in accordance with the attached statement of account in the full amount outstanding of $26,725.22.

## COUNT IV: QUANTUM MERUIT AND UNJUST ENRICHMENT

29.     Shipco Transport Inc. incorporates by reference the allegations in paragraph 1 through 28 above as if fully set forth herein.

30.     Shipco conferred a benefit upon Sea Marine Cargo and Defendants, and each of them, in good faith by providing transportation services and releasing the shipments without Defendants' payment of the charges for these services.

31.    Defendants induced Shipco and accepted the benefit of Shipco's services by receiving the shipments without paying Shipco Transport Inc. the applicable fees and service charges.

32.    Shipco Transport Inc., an NVOCC, as a carrier of Sea Marine Cargo and Defendants, expected compensation and reimbursement for the services provided to Defendants for the relevant shipments.

33.    Defendants have failed and continued to refuse to pay the outstanding charges to Shipco in the amount of $26,725.22, although duly demanded.

34.    Defendants have been unjustly enriched in that they did not pay for the services provided to Defendants by Shipco Transport Inc.

### DAMAGES

35. By reason of the foregoing, Shipco Transport Inc. has sustained damages proximately resulting from the conduct of Sea Marine Cargo and the other defendants, and each of them, and the facts stated in this complaint and constituting each of the causes of action herein in the amount of $26,725.22 together with attorneys fees, expenses, and court costs according to proof.

**WHEREFORE**, Plaintiff respectfully prays that with respect to each of foregoing the causes of action, I, II, III and IV stated herein against Defendant Sea Marine Cargo and all other named defendants:

(a)    that the Court award a judgment in the amount of $26,725.22 in favor of the Plaintiff and against Defendants, jointly and severally;

(b)    that the Court award Plaintiff reasonable attorneys' fees, court costs, and reasonable expenses incurred in connection with this action; and

7

(c)   that the Court award such other and further relief this Court deems just, proper, and appropriate in this case.

Dated: April 9, 2008

Respectfully submitted,

By: _____

Henry P. Gonzalez, LL.M. (HG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
1211 Connecticut Ave., N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980    Telephone
(202) 293-3307    Facsimile

Attorneys for Plaintiff, Shipco Transport Inc.

# SHIPCO TRANSPORT

## BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO<br>4249 COLDEN STREET<br>ROOM 12-J<br>FLUSHING NY 11355 | 1456269 | TEM1005P3301 |

**EXPORT REFERENCES**
408SMC
MSC BKG# NYC254533

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SAMUEL SASU<br>H/NO.KT36<br>KOTOBABI ROAD<br>ACCRA – GHANA<br>T:011-233243184243/011-23321232166 |

**FORWARDING AGENT, F.M.C. NO**

**POINT AND COUNTRY OF ORIGIN OF GOODS**
UNITED STATES

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
SAME AS CONSIGNEE

**FOR DELIVERY PLEASE APPLY TO**
***NO DESTINATION AGENT FOR FCL***
***CONSIGN DIRECTLY TO CONSIGNEE OR
USE CARRIER'S AGENT***
PH:  FX:

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC BOSTON V.86R | PORT OF LOADING<br>NEW YORK | LOADING PIER/TERMINAL<br>CY / CY | 105P33 |
| PORT OF DISCHARGE<br>TEMA | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS<br>3/THREE | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | FREIGHT PREPAID<br>DDC/CSC COLLECT<br>SHIPPER'S LOAD, STOW, COUNT AND SEAL<br>FREIGHT PREPAID | | |
| MSCU7160590 | | NON-NEGOTIABLE<br>PAGE 2  OF 2 | TOTAL:18,000.000LB<br>8,164.800KG | .000CF<br>.000CM |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6 (4) (B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | | COLLECT |
|---|---|---|---|---|---|
| OCEAN FREIGHT | PC | USD  4327.00 | 4,327.00 | | |
| | | TOTAL | 4,327.00 | TOTAL | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customs notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.

IN WITNESS whereof three (3) original Bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange. Signed on behalf of the Carrier

DATED **NEW YORK** ON **OCT 08, 2005**
AT
SHIPCO TRANSPORT INC. AS CARRIER
BY _____

## SHIPCO TRANSPORT

# BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO 4249 COLDEN STREET ROOM 12-J FLUSHING NY 11355 | 1463510 | PAP1105P0301 |

**EXPORT REFERENCES**
488SMC

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M.C. NO |
|---|---|
| JUAN URENA PORT AU-PRINCE HAITI TEL: (809) 697-6000 | |

**POINT AND COUNTRY OF ORIGIN OF GOODS**
UNITED STATES

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS CONSIGNEE | EMARCOLDA SA STREET: 3, BAS DE DELMAS ZIP CODE: HT 6110 PO BOX 603 , PORT AU PRINCE, HAITI PHONE: 509-298 3431 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | TRANSSHIPMENT PORT |
|---|---|---|
| | ADAMS, MA | |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | LOADING PIER/TERMINAL | |
|---|---|---|---|
| NORASIA RIGEL 535 | NEW YORK | DOOR/CY | 115P03 |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| PORT AU PRINCE, HAIT | | 3/THREE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTAINER NO. INKU2651739 SEAL NO. 0025068 | 1 | X40'HC LSAC:401 CARTONS KAY BEE TOYS  IN TRANSIT TO DOMINICAN REPUBLIC RISK & RESPONSIBILITY OF THE FINAL CONSIGNEE.  AES#113439039 488SMC FREIGHT PREPAID SHIPPER'S LOAD, STOW, COUNT AND SEAL FREIGHT PREPAID   NON-NEGOTIABLE | 8,000.000LB 3,628.800KG | CF .000CM |
| INKU2651739 | | | TOTAL: 8,000.000LB 3,628.800KG | .000CF .000CM |

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6(4) (B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | PC | USD 3200.00 | 3,200.00 | |
| | | TOTAL | 3,200.00 | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customs notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.

In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange. Signed on behalf of the Carrier.

DATED **NEW YORK** ON OCT 31, 2005
AT
SHIPCO TRANSPORT INC. AS CARRIER

BY _____

## SHIPCO TRANSPORT

## BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO<br>45E 33RD STREET 2FLOOR<br>NEW YORK NY 10016<br>TEL:212-684-7257 FAX:646-285-0065 | 1488631 | TEM1488631 |

| | EXPORT REFERENCES |
|---|---|
| | 871SMC |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M.C. NO |
|---|---|
| TRANSGLOBAL SHIPPING LTD<br>124 COMMERCIA REA<br>TEMA MAIN HABO<br>GHANA | |

| | POINT AND COUNTRY OF ORIGIN OF GOODS |
|---|---|
| | UNITED STATES |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS CONSIGNEE | PH:   FX: |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC CHINA 338R | PORT OF LOADING<br>NEW YORK | LOADING PIER/TERMINAL<br>CY / CY | 603064285 |
| PORT OF DISCHARGE<br>TEMA | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS<br>3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | DDC/CSC COLLECT<br>SHIPPER'S LOAD, STOW, COUNT AND SEAL<br>FREIGHT PREPAID<br><br><br>NON-NEGOTIABLE<br>PAGE 2   OF 2 | | |
| MSCU8658247 | | | TOTAL:18,000.000LB<br>8,164.800KG | .000CF<br>.000CM |

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6(4)(B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | PC | USD   3526.00 | 3,526.00 | |
| | | | open Balance $1,010 - | |
| | | TOTAL<br>3,526.00 | TOTAL | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customs notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier

IN WITNESS whereof three (3) original Bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange. Signed on behalf of the Carrier

DATED AT NEW YORK     ON MAR 30, 2006
SHIPCO TRANSPORT INC. AS CARRIER

BY _____

# SHIPCO TRANSPORT

## BILL OF LADING

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

SEA MARINE CARGO
45E 33RD STREET 2FLOOR
NEW YORK NY 10016
TEL:212-684-7257 FAX:646-285-0065

| BOOKING NO | BILL OF LADING NO |
|---|---|
| 1488631 | TEM1488631 |

EXPORT REFERENCES

871SMC

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TRANSGLOBAL SHIPPING LTD
124 COMMERCIA REA
TEMA MAIN HABO
GHANA

FORWARDING AGENT, F.M.C. NO

POINT AND COUNTRY OF ORIGIN OF GOODS
UNITED STATES

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
SAME AS CONSIGNEE

FOR DELIVERY PLEASE APPLY TO
PH:   FX:

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MSC CHINA 338R | PORT OF LOADING NEW YORK | LOADING PIER/TERMINAL CY / CY | 603064285 |
| PORT OF DISCHARGE TEMA | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS 3/THREE | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTAINER NO. MSCU8658247 | 1 | X40'STD SLAC:3 AUTOS 1999 MITSUBISHI MIRAGE VIN#JA3AY26A3XU021256 1999 MITSUBISHI MONTERO VIN#JA4L531HXXP038196 2001 BMW VIN#WBAFA53581LM87103 AND 96 PIECES  PERSONAL EFFECTS  AES#113733829 871SMC | 18,000.00LB 8,164.800KG | CF .000CM |

MSCU8658247

NON-NEGOTIABLE
PAGE 1  OF 2

These commodities, technology, or software were exported from the United States in
accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6(4)(B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | TOTAL |

RECEIVED by the Carrier the Goods as specified above in apparent good order and
condition unless otherwise stated, to be transported to such place as agreed, authorized or
permitted herein and subject to all the terms and conditions appearing on the front and
reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading,
and local privileges and customers notwithstanding. The particulars given above as stated
by the shipper and the weight, measure, quantity, condition, contents, and value of the
Goods are unknown to the Carrier.

IN WITNESS whereof three (3) original bills of Lading have been signed if not otherwise
stated above the same being accomplished the other(s), if any, to be void. If required by the
Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange.
Signed on behalf of the Carrier.

DATED
AT _____  ON _____

BY _____

# SHIPCO TRANSPORT

## BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO<br>45 EAST 33RD STREET<br>NEW YORK NY 10016<br>T:212-684-7257 F:646-285-0065 | 1486704 | TEM1486704 |

EXPORT REFERENCES
0838SMC

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M.C. NO |
|---|---|
| KWAME POKU<br>C/O.VIDA OBENG AGYMAN<br>ELECTRICITY CORP OF GHANA<br>LAGON CASH OFFICE, ACCRA, GHANA | |

POINT AND COUNTRY OF ORIGIN OF GOODS
UNITED STATES

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS CONSIGNEE | PH:  FX: |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER*<br>MINNEAPOLIS | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY#/FLAG)<br>MSC ELENA 14R | PORT OF LOADING<br>NEW YORK | LOADING PIER/TERMINAL<br>CY / CY | 603064262 |
| PORT OF DISCHARGE<br>TEMA | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS<br>3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTAINER NO.<br>AMFU862407-5 | 1 | X40'STD SLAC:40 PIECES<br>HOUSEHOLD GOODS AND FURNITURE<br><br>NO SED REQD.,VALUE LESS THAN$2500<br><br><br>SHIPPER'S LOAD, STOW, COUNT AND SEAL<br>DDC/CSC COLLECT<br>FREIGHT PREPAID<br><br><br>NON-NEGOTIABLE | 14,000.00LB<br>6,350.400KG | CF<br>.000CM |

AMFU8624075

These commodities, technology, or software were exported from the United States in
accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

TOTAL:14,000.000LB   .000CF
6,350.400KG   .000CM

SHIPPER'S DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6 (4) (B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | PC | USD   4785.00 | 4,785.00 | |

| | TOTAL | TOTAL |
|---|---|---|
| RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customers notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.<br><br>In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange. Signed on behalf of the Carrier | 4,785.00 | |

DATED NEW YORK   ON MAR 22, 2006
AT
SHIPCO TRANSPORT INC. AS CARRIER
BY

## SHIPCO TRANSPORT

### BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO 45 EAST 33RD STREET NEW YORK NY 10016 | 1496737 | TEM1496737 |

EXPORT REFERENCES
1008SMC

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M.C. NO |
|---|---|
| OSEI TUTU 25 ANOKYE ROAD ATONSU KUMASI | |

POINT AND COUNTRY OF ORIGIN OF GOODS
UNITED STATES

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS CONSIGNEE | PH:   FX: |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY./FLAG) MSC ELENA 14R | PORT OF LOADING NEW YORK | LOADING PIER/TERMINAL CY / CY | 604064350 |
| PORT OF DISCHARGE TEMA | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS 3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MSCU8854548 SEAL#15408283 | 1 | X40'HC SLAC: 4 AUTOS 2002 VOLKS JETTA VIN#3VWSK69M82M217748 2004 NISSAN PATHIFINDER VIN#JN8DR09Y44W910192 2003 NISSAN PKUP VIN#1N6MD29Y53C448000 1999 VOLKS PASSAT VIN#WVWMA63B5XE042899  NO SED REQD.,VALUE LESS THAN $2500  SHIPPER'S LOAD, STOW, COUNT AND SEAL | 16,000.00LB 7,257.600KG | CF .000CM |

MSCU8854548/15408283      DDC NON NEGOTIABLE

PAGE 1  OF 2

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6 (4) (B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | TOTAL |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customs notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier

In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any to be void, If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange Signed on behalf of the Carrier

DATED
AT _____ ON _____

BY _____

# SHIPCO TRANSPORT

## BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | BILL OF LADING NO |
|---|---|---|---|
| SEA MARINE CARGO<br>45 EAST 33RD STREET<br>NEW YORK NY 10016 | | 1488133 | TEM1488133 |
| | | EXPORT REFERENCES<br>0866 SMC | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M.C. NO |
|---|---|
| HARLES AKUAMOAH BOATENG<br>P O BOX 1589 ACCRA - NORTH<br>GHANA, WEST AFRICA | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>USA |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS ABOVE | PH:   FX: |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC CHINA 338R | PORT OF LOADING<br>NEW YORK | LOADING PIER/TERMINAL<br>CY / CY | 604064127 |
| PORT OF DISCHARGE<br>TEMA | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS<br>3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | FREIGHT PREPAID | | |
| AMZU8377313/2966938 | | NON-NEGOTIABLE<br>PAGE 2  OF 2 | TOTAL:17,400.000LB<br>7,892.640KG | .000CF<br>.000CM |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 8(4) (B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | PC | USD 3526.00 | 3,526.00 | |
| LATE DOC FEE | LS | USD 250.00 | 250.00 | |
| | | | *open balance 1,985.00* | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customs notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.

In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange. Signed on behalf of the Carrier.

| TOTAL | TOTAL |
|---|---|
| 3,776.00 | |

DATED **NEW YORK** AT **MAR 30, 2006**

SHIPCO TRANSPORT INC. AS CARRIER

BY _____

# SHIPCO TRANSPORT

## BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO<br>45 EAST 33RD STREET<br>NEW YORK NY 10016 | 1488133 | TEM1488133 |
| | EXPORT REFERENCES<br>0866 SMC | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT. F.M.C. NO |
|---|---|
| HARLES AKUAMOAH BOATENG<br>P O BOX 1589 ACCRA – NORTH<br>GHANA, WEST AFRICA | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>USA |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS ABOVE | PH:    FX: |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC CHINA 338R | PORT OF LOADING<br>NEW YORK | LOADING PIER/TERMINAL<br>CY / CY | 604064127 |
| PORT OF DISCHARGE<br>TEMA | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS<br>3/THREE | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTAINER#<br>AMZU8377313<br>SEAL#2966938 | 1 | X 40 HC SLAC:<br>1X1997 TOY MP<br>VIN# JT4HN87R1V0084381<br>1X2000 TYOT MP<br>VIN# JT3HN87RXY9036491<br>ONE LOT OF PERSONAL EFFECTS AND<br>HOUSEHOLD GOODS<br><br>NO SED RQRD VALUE LESS THAN $2500<br><br><br><br>DDC/CSC COLLECT | 17,400.00LB<br>7,892.640KG | CF<br>.000CM |

AMZU8377313/2966938 SHIPPER'S LOAD NON-NEGOTIABLE COUNT AND SEAL

PAGE 1    OF 2

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 8 (4) (B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | TOTAL |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customs notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.

In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange. Signed on behalf of the Carrier

DATED
AT _____ ON _____

BY _____

# SHIPCO TRANSPORT

## BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO<br>45E 33RD STREET 2ND FLOOR<br>NEW YORK 10016<br>T:212-684-7257 F:646-285-0065 | 1474676 | LOM1474676 |
| | EXPORT REFERENCES<br>657SMC | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F M C. NO |
|---|---|
| ABOULAYE SEDOU<br>13 JANVIER BLVD<br>LOME, TOGO<br>TEL:228 9078509 | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>UNITED STATES |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS ABOVE | ***NO DESTINATION AGENT FOR FCL***<br>***CONSIGN DIRECTLY TO CONSIGNEE OR<br>USE CARRIER'S AGENT***<br>PH:   FX: |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | LOADING PIER/TERMINAL | |
| MSC INSA 91R | NEW YORK | CY / CY | 601064026 |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS | |
| LOME | | 3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | FREIGHT PREPAID | | |
| | | | | |
| | | NON-NEGOTIABLE | | |
| | | PAGE 2  OF 2 | | |
| MSCU8450823/2950790 | | | TOTAL:18,000.000LB<br>8,164.800KG | .000CF<br>.000CM |

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U S. law prohibited

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6(4) (B) + (C) OF THIS BIL.

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | PC | USD   3450.00 | 3,450.00 | |
| | | | *open balance $1,357.22* | |
| | | TOTAL | TOTAL | |
| | | 3,450.00 | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customs notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.

In WITNESS whereof three (3) original Bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange. Signed on behalf of the Carrier.

| | |
|---|---|
| DATED NEW YORK | ON MAR 20, 2006 |
| SHIPCO TRANSPORT INC. AS CARRIER | |
| BY | |

## SHIPCO TRANSPORT

### BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO | BILL OF LADING NO |
|---|---|---|---|
| SEA MARINE CARGO<br>45E 33RD STREET 2ND FLOOR<br>NEW YORK 10016<br>T:212-684-7257 F:646-285-0065 | | 1474676 | LOM1474676 |
| | | EXPORT REFERENCES<br>657SMC | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M.C. NO |
|---|---|
| ABOULAYE SEDOU<br>13 JANVIER BLVD<br>LOME, TOGO<br>TEL:228 9078509 | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>UNITED STATES |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS ABOVE | ***NO DESTINATION AGENT FOR FCL***<br>***CONSIGN DIRECTLY TO CONSIGNEE OR<br>USE CARRIER'S AGENT***<br>PH:   FX: |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC INSA 91R | PORT OF LOADING<br>NEW YORK | LOADING PIER/TERMINAL<br>CY / CY | 601064026 |
| PORT OF DISCHARGE<br>LOME | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS<br>3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTAINER NO.<br>MSCU8450823<br>SEAL NO.<br>2950790 | 1 | X40'HC SLAC:4 AUTOS<br>1X1998 MERCEDES BENZ<br>VIN#4JGAB54E7WA003854<br>1X1999 CHRYSLER<br>VIN#2C3HE66G2XH589008<br>1X1995 NISSAN ALTIMA<br>VIN#1N4BU31D3SC171655<br>1X1994 HONDA CIVIC<br>VIN#1HGEG8552RL011048<br><br>NO SED REQD VALUE LESS THAN$2500<br><br>DDC/CSC COLLECT<br>SHIPPER'S LOAD CONSTOWOTICOUNT AND SEAL<br>PAGE 1 OF 2 | 18,000.00LB<br>8,164.800KG | CF<br>.000CM |

MSCU8450823/2950790

These commodities, technology, or software were exported from the United States in
accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6(4) (B) + (C) OF THIS B/L.

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| | | TOTAL | | TOTAL |

RECEIVED by the Carrier the Goods as specified above in apparent good order and
condition unless otherwise stated, to be transported to such place as agreed, authorized or
permitted herein and subject to all the terms and conditions appearing on the front and
reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading,
and local privileges and customers notwithstanding. The particulars given above as stated
by the shipper and the weight, measure, quantity, condition, contents, and value of the
Goods are unknown to the Carrier.

IN WITNESS whereof three (3) original bills of Lading have been signed if not otherwise
stated above, the same being accomplished the other(s), if any, to be void. If required by the
Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange.
Signed on behalf of the Carrier

DATED
AT _____ ON _____

BY _____

# SHIPCO TRANSPORT

## BILL OF LADING

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. **1497122** / BILL OF LADING NO **TEM1497122** |
| SEA MARINE CARGO<br>45 EAST 33RD STREET<br>NEW YORK NY 10016 | EXPORT REFERENCES<br>**963SMC** |

| | |
|---|---|
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>UNIQUE WORLD LTD<br>COMMUNITY 4 #018 STREET<br>TEMA, GHANA<br>T:0244620944 | FORWARDING AGENT, F.M.C. NO |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>UNITED STATES |

| | |
|---|---|
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>SAME AS CONSIGNEE | FOR DELIVERY PLEASE APPLY TO<br>PH:   FX: |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC ELENA 14R | PORT OF LOADING<br>NEW YORK | LOADING PIER/TERMINAL<br>CY / CY | 604064263 |
| PORT OF DISCHARGE<br>TEMA | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS<br>3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | SHIPPER'S LOAD, STOW, COUNT AND SEAL<br>DDC/CSC COLLECT<br>FREIGHT PREPAID | | |

NON-NEGOTIABLE
PAGE 2 OF 2

MSCU8036182/2951837

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

TOTAL:18,000.000LB    .000CF
8,164.800KG    .000CM

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6 (4) (B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | PC | USD 3526.00 | 3,526.00 | |

| TOTAL |
|---|
| 3,526.00 |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customs notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier

In WITNESS whereof three (3) original Bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange signed on behalf of the Carrier

TOTAL
3,526.00

DATED **NEW YORK** AT ___ ON **APR 22, 2006**
SHIPCO TRANSPORT INC. AS CARRIER

BY _____

# SHIPCO TRANSPORT

## BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO<br>45 EAST 33RD STREET<br>NEW YORK NY 10016 | 1497122 | TEM1497122 |
| | EXPORT REFERENCES<br>963SMC | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M.C. NO |
|---|---|
| UNIQUE WORLD LTD<br>COMMUNITY 4 #018 STREET<br>TEMA, GHANA<br>T:0244620944 | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>UNITED STATES |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>SAME AS CONSIGNEE | FOR DELIVERY PLEASE APPLY TO<br>PH:   FX: |
|---|---|

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MSC ELENA 14R | PORT OF LOADING<br>NEW YORK | LOADING PIER/TERMINAL<br>CY / CY | 604064263 |
| PORT OF DISCHARGE<br>TEMA | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS<br>3/THREE | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MSCU8036182<br>SEAL#2951837 | 1 | X40'HC SLAC: 4 AUTOS<br>01 CHEVR PRIZM<br>VIN#1Y1SK 52881 Z4238 08<br>98 TOYOTA RAV<br>VIN#JT3HP 10V4W 01618 53 | 18,000.00LB<br>8,164.800KG | CF<br>.000CM |
| | | 97 INFIN QX4<br>VIN#JNRAR 05YXV W0086 19<br>92 BMW<br>VIN#WBAGB 431XN DB707 57<br>AND 20 PIECES<br>HOUSEHOLD GOODS AND PERSONAL<br>EFFECTS | | |
| | | AES # 113733829-963SMC<br>NON-NEGOTIABLE | | |
| MSCU8036182/2951837 | | PAGE 1  OF 2 | | |

These commodities, technology, or software were exported from the United States in
accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6(4) (B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | TOTAL |

RECEIVED by the Carrier the Goods as specified above in apparent good order and
condition unless otherwise stated, to be transported to such place as agreed, authorized or
permitted herein and subject to all the terms and conditions appearing on the front and
reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading,
and local privileges and customs notwithstanding, the particulars given above as stated
by the shipper and the weight, measure, quantity, condition, contents, and value of the
Goods are unknown to the Carrier.

In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise
stated above, the same being accomplished the other(s), if any, to be void. If required by the
Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange.
Signed on behalf of the Carrier.

DATED
AT _____ ON _____

BY _____

## SHIPCO TRANSPORT

BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | BILL OF LADING NO |
|---|---|---|
| SEA MARINE CARGO<br>45 EAST 33RD STREET<br>NEW YORK NY 10016 | 1496478 | TEM1496478 |

| | EXPORT REFERENCES |
|---|---|
| | MSCU BKG# NYC291418 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M C. NO |
|---|---|
| FINE CITY CO LTD<br>10 MERIDIAN ST, VICSAKA HOUSE<br>SUITE 203, TEMA — GHANA<br>CTC — SELINA ANSAH<br>TEL — 0244 653732 | |

| | POINT AND COUNTRY OF ORIGIN OF GOODS |
|---|---|
| | USA |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| STEPHEN MUZIGO, KINGSLEY BOAFO<br>NANA ASIEDU BOAFO, SAM ABROKWA,<br>THOMAS OHENE ASAH, ARTHURE AMPOFO,<br>OTIBO | PH:   FX: |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | LOADING PIER/TERMINAL | |
| MSC ELENA 14R | NEW YORK | CY / CY | 604064211 |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS | |
| TEMA | | 3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | NO SED RRD VALUE LESS THAN $ 2500<br><br><br>DDC/CSC COLLECT<br>SHIPPER'S LOAD, STOW, COUNT AND SEAL<br>FREIGHT PREPAID<br><br><br><br>NON-NEGOTIABLE | | |
| MSCU8603178 | | PAGE 2 OF 2 | TOTAL:18,000.000LB<br>8,164.800KG | .000CF<br>.000CM |

These commodities, technology, or software were exported from the United States in
accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 8(4)(B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | PC | USD  3526.00 | 3,526.00 | |

| | TOTAL | |
|---|---|---|
| | 3,526.00 | TOTAL |

RECEIVED by the Carrier the Goods as specified above in apparent good order and
condition unless otherwise stated, to be transported to such place as agreed, authorized or
permitted herein and subject to all the terms and conditions appearing on the front and
reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading,
and local privileges and customers notwithstanding. The particulars given above as stated
by the shipper and the weight, measure, quantity, condition, contents, and value of the
Goods are unknown to the Carrier.

In WITNESS whereof three (3) original Bills of Lading have been signed if not otherwise
stated above, the same being accomplished the other(s), if any to be void. If required by the
Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange
Signed on behalf of the Carrier

DATED NEW YORK    ON APR 22, 2006
SHIPCO TRANSPORT INC. AS CARRIER
BY _____

## SHIPCO TRANSPORT

### BILL OF LADING

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO |
| SEA MARINE CARGO | 1496478 |
| 45 EAST 33RD STREET | EXPORT REFERENCES |
| NEW YORK NY 10016 | MSCU BKG# NYC291418 |

BILL OF LADING NO
TEM1496478

| | |
|---|---|
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT, F.M.C. NO |
| FINE CITY CO LTD | |
| 10 MERIDIAN ST, VICSAKA HOUSE | |
| SUITE 203, TEMA – GHANA | |
| CTC – SELINA ANSAH | POINT AND COUNTRY OF ORIGIN OF GOODS |
| TEL – 0244 653732 | USA |

| | |
|---|---|
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | FOR DELIVERY PLEASE APPLY TO |
| STEPHEN MUZIGO, KINGSLEY BOAFO | PH:   FX: |
| NANA ASIEDU BOAFO, SAM ABROKWA, | |
| THOMAS OHENE ASAH, ARTHURE AMPOFO, | |
| OTIBO | |

| PRE-CARRIAGE BY* | PLACE OF RECEIPT BY PRE-CARRIER* | TRANSSHIPMENT PORT | |
|---|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | LOADING PIER/TERMINAL | |
| MSC ELENA 14R | NEW YORK | CY / CY | 604064211 |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER* | NUMBER OF ORIGINALS | |
| TEMA | | 3/THREE | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CONTAINER#<br>MSCU8603178<br>SEAL#15408481 | 1 | X 40' HC SLAC:<br>1009 TOYOTA CAMARY<br>VIN# 4T1BG12K3TU821272<br>(VEHICLE IN TRANSIT TO ABIDJAN)<br>1996 NISSAN SENTRA<br>VIN# 1N4AB41D5TC807002<br>1997 TOYOTA CAMARY<br>VIN# 4T1BG22K0VU154914<br>1998 NISSAN SENTRA<br>VIN# 3N1AB41D6WL045739<br>1998 VOLKS (VW PASSAT)<br>VIN# WVWNA63B8WE335425<br>ONE LOT OF PERSONAL EFFECTS<br><br>IDF# B04121MX | 18,000.00LB<br>8,164.800KG | CF<br>.000CM |

MSCU8603178

NON-NEGOTIABLE
PAGE 1 OF 2

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

SHIPPERS DECLARED VALUE $
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 6(4)(B) + (C) OF THIS B/L

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | TOTAL |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customers notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.

In WITNESS whereof three (3) original Bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange. Signed on behalf of the Carrier

DATED
AT _____ ON _____

BY _____

Exhibit 2

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefex : +1 201 216 0090
E-mail : corp@shipco.com
Website : www.shipco.com



INVOICE

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: 1456269

Customer Code: SEA MA

Date: 20-DEC-05

Our Ref: 105P33

Invoice No: 16564H

---

MSC BOSTON V.86R  NYC/TEM  ETS: 08-OCT-05
Re: MSCU7160590
B/L: TEM1005P3301

| | |
|---|---|
| DEMURRAGE (AT ANTWERP DUE TO NON AVALIABILITY OF IDF) | $946.00 |
| EXTRA CUSTOM DOUCMENTATION | $54.00 |
| STORAGE FEE (AT ANTWERP DUE TO NON AVALIABILITY OF IDF) | $982.00 |

THIS DOCUMENT WAS PREPARED BY: ANITA KAUL

TOTAL AMOUNT | $1,982.00

TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO:  SHIPCO TRANSPORT INC.
                         P.O. BOX 1411, HOBOKEN, NJ 07030
                         TEL: +1 201 216 1600  FAX: +1 201 216 0090

| FOR WIRE TRANSFERS, PLEASE USE: | FOR SWIFT MESSAGES, PLEASE USE: | FOR ACH PAYMENTS, PLEASE USE: |
|---|---|---|
| BANK OF NEW YORK, NEW YORK, NY | BANK OF NEW YORK, NEW YORK, NY | PNC BANK N.A. PITTSBURGH, PA |
| ABA# (ROUTING#): 021000018 | SWIFT CODE: IRVTUS3N | ABA# (ROUTING#): 043000096 |
| FAVOR OF: | FAVOR OF: | FAVOR OF: |
| BENEFICIARY: SHIPCO TRANSPORT INC. | BENEFICIARY: SHIPCO TRANSPORT INC. | BENEFICIARY: SHIPCO TRANSPORT INC. |
| SWIFT CODE: ESSEUS33 | SWIFT CODE: ESSEUS33 | ACCOUNT#: 1021520253 |
| ACCOUNT#: 00004044 | ACCOUNT#: 00004044 | |
| BANK: SKANDINAVISKE ENSKILDA BANKEN NEW YORK, NY | BANK: SKANDINAVISKE ENSKILDA BANKEN NEW YORK, NY | |

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax    : +1 201 216 0090
E-mail    -: corp@shipco.com
Website    : www.shipco.com



INVOICE

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: 488 SMC

Customer Code: SEA MA

Date: 28-DEC-05

Our Ref: 115P03

Invoice No: 18487H

Re:

| OCEAN FREIGHT | $3,200.00 |
|---|---|

THIS DOCUMENT WAS PREPARED BY: KASPER JOHANSEN

TOTAL AMOUNT    $3,200.00

TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO:  SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500  FAX: +1 201 216 0090

| FOR WIRE TRANSFERS, PLEASE USE: | FOR SWIFT MESSAGES, PLEASE USE: | FOR ACH PAYMENTS, PLEASE USE: |
|---|---|---|
| BANK OF NEW YORK, | BANK OF NEW YORK, | PNC BANK N.A. |
| NEW YORK, NY | NEW YORK, NY | PITTSBURGH, PA |
| ABA# (ROUTING#): 021000018 | SWIFT CODE: IRVTUS3N | ABA# (ROUTING#): 043000096 |
| FAVOR OF: | FAVOR OF: | FAVOR OF: |
| BENEFICIARY:  SHIPCO TRANSPORT INC. | BENEFICIARY:  SHIPCO TRANSPORT INC. | BENEFICIARY:  SHIPCO TRANSPORT INC. |
| SWIFT CODE:  ESSEUS33 | SWIFT CODE:  ESSEUS33 | ACCOUNT#:  1021520253 |
| ACCOUNT#:  00004044 | ACCOUNT#:  00004044 | |
| BANK:  SKANDINAVISKE | BANK:  SKANDINAVISKE | |
| ENSKILDA BANKEN | ENSKILDA BANKEN | |
| NEW YORK, NY | NEW YORK, NY | |

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax   : +1 201 216 0090
E-mail    : corp@shipco.com
Website   : www.shipco.com

**Shipco Transport**

INVOICE

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: **871SMC**

Customer Code: **SEA MA**

Date: **12-APR-06**

Our Ref: **603064285**

Invoice No: **48640H**

Re:

| | |
|---|---|
| OCEAN FREIGHT | $3,526.00 |

THIS DOCUMENT WAS PREPARED BY: ANITA KAUL

**TOTAL AMOUNT**  $3,526.00
================
TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO: SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500  FAX: +1 201 216 0090

**FOR WIRE TRANSFERS, PLEASE USE:**
BANK OF NEW YORK,
NEW YORK, NY
ABA# (ROUTING#): 021000018
FAVOR OF:
BENEFICIARY: SHIPCO TRANSPORT INC.
SWIFT CODE: ESSEUS33
ACCOUNT#: 00004044
BANK: SKANDINAVISKE
ENSKILDA BANKEN
NEW YORK, NY

**FOR SWIFT MESSAGES, PLEASE USE:**
BANK OF NEW YORK,
NEW YORK, NY
SWIFT CODE: IRVTUS3N
FAVOR OF:
BENEFICIARY: SHIPCO TRANSPORT INC.
SWIFT CODE: ESSEUS33
ACCOUNT#: 00004044
BANK: SKANDINAVISKE
ENSKILDA BANKEN
NEW YORK, NY

**FOR ACH PAYMENTS, PLEASE USE:**
PNC BANK N.A.
PITTSBURGH, PA
ABA# (ROUTING#): 043000096
FAVOR OF:
BENEFICIARY: SHIPCO TRANSPORT INC.
ACCOUNT#: 1021620253

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax : +1 201 216 0090
E-mail : corp@shipco.com
Website : www.shipco.com



**INVOICE**

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: 963SMC

Customer Code: SEA MA

Date: 27-APR-06

Our Ref: 604064263

Invoice No: 52942H

Re:

| | |
|---|---|
| OCEAN FREIGHT | $3,526.00 |

THIS DOCUMENT WAS PREPARED BY: ANITA KAUL

TOTAL AMOUNT $3,526.00
=============
TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO:  SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500 FAX: +1 201 216 0090

**FOR WIRE TRANSFERS, PLEASE USE:**
BANK OF NEW YORK,
NEW YORK, NY
ABA# (ROUTING#): 021000018
FAVOR OF:
BENEFICIARY: SHIPCO TRANSPORT INC.
SWIFT CODE: ESSEUS33
ACCOUNT#: 00004044
BANK: SKANDINAVISKE
ENSKILDA BANKEN
NEW YORK, NY

**FOR SWIFT MESSAGES, PLEASE USE:**
BANK OF NEW YORK,
NEW YORK, NY
SWIFT CODE: IRVTUS3N
FAVOR OF:
BENEFICIARY: SHIPCO TRANSPORT INC.
SWIFT CODE: ESSEUS33
ACCOUNT#: 00004044
BANK: SKANDINAVISKE
ENSKILDA BANKEN
NEW YORK, NY

**FOR ACH PAYMENTS, PLEASE USE:**
PNC BANK N.A.
PITTSBURGH, PA
ABA# (ROUTING#): 043000096
FAVOR OF:
BENEFICIARY: SHIPCO TRANSPORT INC.
ACCOUNT#: 1021520253

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax   : +1 201 216 0090
E-mail    : corp@shipco.com
Website   : www.shipco.com

**Shipco Transport**

INVOICE

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: 1004SMC

Customer Code: SEA MA

Date: 27-APR-06

Our Ref: 604064211

Invoice No: 52943H

Re:

| | |
|---|---|
| OCEAN FREIGHT | $3,526.00 |

THIS DOCUMENT WAS PREPARED BY: ANITA KAUL

TOTAL AMOUNT $3,526.00
===============
TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO: SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500 FAX: +1 201 216 0090

| FOR WIRE TRANSFERS, PLEASE USE: | FOR SWIFT MESSAGES, PLEASE USE: | FOR ACH PAYMENTS, PLEASE USE: |
|---|---|---|
| BANK OF NEW YORK, | BANK OF NEW YORK, | PNC BANK N.A. |
| NEW YORK, NY | NEW YORK, NY | PITTSBURGH, PA |
| ABA# (ROUTING#): 021000018 | SWIFT CODE: IRVTUS3N | ABA# (ROUTING#): 043000096 |
| FAVOR OF: | FAVOR OF: | FAVOR OF: |
| BENEFICIARY: SHIPCO TRANSPORT INC. | BENEFICIARY: SHIPCO TRANSPORT INC. | BENEFICIARY: SHIPCO TRANSPORT INC. |
| SWIFT CODE: ESSEUS33 | SWIFT CODE: ESSEUS33 | ACCOUNT#: 1021520253 |
| ACCOUNT#: 00004044 | ACCOUNT#: 00004044 | |
| BANK: SKANDINAVISKE | BANK: SKANDINAVISKE | |
| ENSKILDA BANKEN | ENSKILDA BANKEN | |
| NEW YORK, NY | NEW YORK, NY | |

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax   : +1 201 216 0090
E-mail    : corp@shipco.com
Website   : www.shipco.com



INVOICE

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: 0866 SMC

Customer Code: SEA MA

Date: 25-APR-06

Our Ref: 604064127

Invoice No: 52134H

Re:

| | |
|---|---|
| OCEAN FREIGHT | $3,526.00 |
| DOCUMENTATION | $250.00 |

THIS DOCUMENT WAS PREPARED BY: ANITA KAUL

TOTAL AMOUNT   $3,776.00
===============
TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO:  SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500 FAX: +1 201 216 0090

**FOR WIRE TRANSFERS, PLEASE USE:**
BANK OF NEW YORK,
NEW YORK, NY
ABA# (ROUTING#): 021000018
FAVOR OF:
BENEFICIARY:  SHIPCO TRANSPORT INC.
SWIFT CODE:   ESSEUS33
ACCOUNT#:     00004044
BANK:         SKANDINAVISKE
              ENSKILDA BANKEN
              NEW YORK, NY

**FOR SWIFT MESSAGES, PLEASE USE:**
BANK OF NEW YORK,
NEW YORK, NY
SWIFT CODE: IRVTUS3N
FAVOR OF:
BENEFICIARY:  SHIPCO TRANSPORT INC.
SWIFT CODE:   ESSEUS33
ACCOUNT#:     00004044
BANK:         SKANDINAVISKE
              ENSKILDA BANKEN
              NEW YORK, NY

**FOR ACH PAYMENTS, PLEASE USE:**
PNC BANK N.A.
PITTSBURGH, PA
ABA# (ROUTING#): 043000096
FAVOR OF:
BENEFICIARY:  SHIPCO TRANSPORT INC.
ACCOUNT#:     1021520263

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax : +1 201 216 0090
E-mail : corp@shipco.com
Website : www.shipco.com



**Shipco Transport**

INVOICE

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: **657 SMC**

Customer Code: **SEA MA**

Date: **25-APR-06**

Our Ref: **601064026**

Invoice No: **52150H**

Re:

| | |
|---|---|
| OCEAN FREIGHT | $3,450.00 |

THIS DOCUMENT WAS PREPARED BY: ANITA KAUL

TOTAL AMOUNT     $3,450.00
=============
TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO: SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500 FAX: +1 201 216 0090

| FOR WIRE TRANSFERS, PLEASE USE: | FOR SWIFT MESSAGES, PLEASE USE: | FOR ACH PAYMENTS, PLEASE USE: |
|---|---|---|
| BANK OF NEW YORK, | BANK OF NEW YORK, | PNC BANK N.A. |
| NEW YORK, NY | NEW YORK, NY | PITTSBURGH, PA |
| ABA# (ROUTING#): 021000018 | SWIFT CODE: IRVTUS3N | ABA# (ROUTING#): 043000096 |
| FAVOR OF: | FAVOR OF: | FAVOR OF: |
| BENEFICIARY: SHIPCO TRANSPORT INC. | BENEFICIARY: SHIPCO TRANSPORT INC. | BENEFICIARY: SHIPCO TRANSPORT INC. |
| SWIFT CODE: ESSEUS33 | SWIFT CODE: ESSEUS33 | ACCOUNT#: 1021620263 |
| ACCOUNT#: 00004044 | ACCOUNT#: 00004044 | |
| BANK: SKANDINAVISKE | BANK: SKANDINAVISKE | |
| ENSKILDA BANKEN | ENSKILDA BANKEN | |
| NEW YORK, NY | NEW YORK, NY | |

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax : +1 201 216 0090
E-mail : corp@shipco.com
Website : www.shipco.com



**INVOICE**

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: 0838SMC

Customer Code: SEA MA

Date: 27-APR-06

Our Ref: 603064262

Invoice No: 52941H

Re:

| | |
|---|---|
| OCEAN FREIGHT | $4,785.00 |

THIS DOCUMENT WAS PREPARED BY:ANITA KAUL

TOTAL AMOUNT     $4,785.00
==============
TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO:   SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500   FAX: +1 201 216 0090

| FOR WIRE TRANSFERS, PLEASE USE: | FOR SWIFT MESSAGES, PLEASE USE: | FOR ACH PAYMENTS, PLEASE USE: |
|---|---|---|
| BANK OF NEW YORK,<br>NEW YORK, NY<br>ABA# (ROUTING#): 021000018<br>FAVOR OF:<br>BENEFICIARY:   SHIPCO TRANSPORT INC.<br>SWIFT CODE:   ESSEUS33<br>ACCOUNT#:   00004044<br>BANK:   SKANDINAVISKE<br>ENSKILDA BANKEN<br>NEW YORK, NY | BANK OF NEW YORK,<br>NEW YORK, NY<br>SWIFT CODE: IRVTUS3N<br>FAVOR OF:<br>BENEFICIARY:   SHIPCO TRANSPORT INC.<br>SWIFT CODE:   ESSEUS33<br>ACCOUNT#:   00004044<br>BANK:   SKANDINAVISKE<br>ENSKILDA BANKEN<br>NEW YORK, NY | PNC BANK N.A.<br>PITTSBURGH, PA<br>ABA# (ROUTING#): 043000096<br>FAVOR OF:<br>BENEFICIARY:   SHIPCO TRANSPORT INC.<br>ACCOUNT#:   1021520253 |

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax : +1 201 216 0090
E-mail : corp@shipco.com
Website : www.shipco.com


**Shipco Transport**

INVOICE

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: 01007SMC

Customer Code: SEA MA

Date: 11-MAY-06

Our Ref: 605064063

Invoice No: 57373H

Re:

| | |
|---|---|
| OCEAN FREIGHT | $3,526.00 |
| GENERAL RATE INC | $200.00 |

THIS DOCUMENT WAS PREPARED BY: ANITA KAUL

TOTAL AMOUNT    $3,726.00
===================

TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO:  SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500  FAX: +1 201 216 0090

| FOR WIRE TRANSFERS, PLEASE USE: | FOR SWIFT MESSAGES, PLEASE USE: | FOR ACH PAYMENTS, PLEASE USE: |
|---|---|---|
| BANK OF NEW YORK, | BANK OF NEW YORK, | PNC BANK N.A. |
| NEW YORK, NY | NEW YORK, NY | PITTSBURGH, PA |
| ABA# (ROUTING#): 021000018 | SWIFT CODE: IRVTUS3N | ABA# (ROUTING#): 043000096 |
| FAVOR OF: | FAVOR OF: | FAVOR OF: |
| BENEFICIARY:  SHIPCO TRANSPORT INC. | BENEFICIARY:  SHIPCO TRANSPORT INC. | BENEFICIARY:  SHIPCO TRANSPORT INC. |
| SWIFT CODE:  ESSEUS33 | SWIFT CODE:  ESSEUS33 | ACCOUNT#:  1021520253 |
| ACCOUNT#:  00004044 | ACCOUNT#:  00004044 | |
| BANK:  SKANDINAVISKE | BANK:  SKANDINAVISKE | |
| ENSKILDA BANKEN | ENSKILDA BANKEN | |
| NEW YORK, NY | NEW YORK, NY | |

# Shipco Transport Inc.

80 Washington Street
Hoboken, NJ 07030
U.S.A.

Telephone : +1 201 216 1500
Telefax  : +1 201 216 0090
E-mail   : corp@shipco.com
Website  : www.shipco.com


**Shipco Transport**

INVOICE

SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK NY 10016

Your Ref: 1008SMC

Customer Code: SEA MA

Date: 11-MAY-06

Our Ref: 604064350

Invoice No: 57382H

Re:

| | |
|---|---|
| OCEAN FREIGHT | $3,526.00 |
| DOCUMENTATION | $250.00 |

THIS DOCUMENT WAS PREPARED BY: ANITA KAUL

**TOTAL AMOUNT**   $3,776.00

TO YOUR DEBIT

PAYMENT TERMS: CASH OR NET 10 DAYS FROM DATE OF INVOICE

PLEASE MAKE PAYMENT TO:  SHIPCO TRANSPORT INC.
P.O. BOX 1411, HOBOKEN, NJ 07030
TEL: +1 201 216 1500 FAX: +1 201 216 0090

| FOR WIRE TRANSFERS, PLEASE USE: | FOR SWIFT MESSAGES, PLEASE USE: | FOR ACH PAYMENTS, PLEASE USE: |
|---|---|---|
| BANK OF NEW YORK, NEW YORK, NY | BANK OF NEW YORK, NEW YORK, NY | PNC BANK N.A. PITTSBURGH, PA |
| ABA# (ROUTING#): 021000018 | SWIFT CODE: IRVTUS3N | ABA# (ROUTING#): 043000096 |
| FAVOR OF: | FAVOR OF: | FAVOR OF: |
| BENEFICIARY: SHIPCO TRANSPORT INC. | BENEFICIARY: SHIPCO TRANSPORT INC. | BENEFICIARY: SHIPCO TRANSPORT INC. |
| SWIFT CODE: ESSEUS33 | SWIFT CODE: ESSEUS33 | ACCOUNT#: 1021520253 |
| ACCOUNT#: 00004044 | ACCOUNT#: 00004044 | |
| BANK: SKANDINAVISKE ENSKILDA BANKEN NEW YORK, NY | BANK: SKANDINAVISKE ENSKILDA BANKEN NEW YORK, NY | |

Exhibit 3

AR410

Shipco Transport Inc.
A/R AGING REPORT - DETAIL (GRP BY APPLYTO)
(CO: 01 ) (S/L: ** ) (OFFICE: 0000 - ZZZZ ) (A/O DATE: 08-APR-2008 ) (GL/INV: I )
(STMT: 0000 - ZZZZ ) (CUST CODE: SEA MARINE - SEA MARINE ) (CUST NAME: 0 - ZZZZZZZZZZ )
(SORT: N ) (FULL/OVER: F ) (DAYS OVER: 0 ) (NOTES: N ) (AMT RANGE: ALL - ALL )

PAGE: 1
DATE: 08-APR-2008
TIME: 14:42:03
BY: CORPLU

| Stmt Invoice # | Account Apply To | Name SR TP | BL # | Offc | Telephone Customer Ref # | Contact Inv Date | 0-30 | 31-60 | 61-90 | 90+ | Total | Orig Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 PAYOR: | SEA MARINE | SEA MARINE CARGO | | | 1-646-285-0896 | SHAKEEL | | | | | | |
| 16564H | 16564H | CD IN | TEM1005P3301 | NYC | 1456269 | 20-DEC-2005 | | | | 1,982.00 | 1,982.00 | 1,982.00 |
| 18487H | 18487H | EX IN | PAP1105P0301 | NYC | 488SMC | 28-DEC-2005 | | | | 3,200.00 | 3,200.00 | 3,200.00 |
| 48640H | 48640H | EX IN | TEM1488631 | NYC | 871SMC | 12-APR-2006 | | | | 2,010.00 | 2,010.00 | 3,526.00 |
| 52134H | 52134H | EX IN | TEM1488133 | NYC | 0866 SMC | 25-APR-2006 | | | | 1,985.00 | 1,985.00 | 3,776.00 |
| 52150H | 52150H | EX IN | LCM1474676 | NYC | 657SMC | 25-APR-2006 | | | | 1,357.22 | 1,357.22 | 3,450.00 |
| 52941H | 52941H | EX IN | TEM1486704 | NYC | 0838SMC | 27-APR-2006 | | | | 2,985.00 | 2,985.00 | 4,785.00 |
| 52942H | 52942H | EX IN | TEM1497122 | NYC | 963SMC | 27-APR-2006 | | | | 3,526.00 | 3,526.00 | 3,526.00 |
| 52943H | 52943H | EX IN | TEM1496478 | NYC | 1004SMC | 27-APR-2006 | | | | 3,526.00 | 3,526.00 | 3,526.00 |
| 57373H | 57373H | EX IN | TEM1496717 | NYC | 010078MC | 11-MAY-2006 | | | | 3,726.00 | 3,726.00 | 3,726.00 |
| 57382H | 57382H | EX IN | TEM1496737 | NYC | 1008SMC | 11-MAY-2006 | | | | 3,776.00 | 3,776.00 | 3,776.00 |
| CKWT010407 | SEA MARINE | CA PA | | NYC | | 04-JAN-2007 | | | | <1,348.00> | <1,348.00> | <1,348.00> |
| | | | | | | | .00 | .00 | .00 | 26,725.22 | 26,725.22 | |
| 10 TOTAL | | | | | | | .00 | .00 | .00 | 26,725.22 | 26,725.22 | |
| GRAND TOTAL | | | | | | | .00 | .00 | .00 | 26,725.22 | 26,725.22 | |

Exhibit 4

05/17/2006  13:24    6466190888                  ΣΣΣ                              PAGE  01/01

**SHIPCO TRANSPORT INC.**         **CREDIT AGREEMENT**

Name: SEA MARINE CARGO    DBA: _____

Address: 45 EAST 33RD ST    Fed ID. # (TIN) 11 3733829

City: NY    State: NYC    Zip: 10016

Telephone: 646 285 0896    Telefax: 646 619 0888

E-Mail: seamcargo@aol.com    Web site: www.seamarinecargo.com

NAME OF OFFICERS / PARTNERS / PRINCIPALS ( Including titles )

1. MASOOD SIDDIQUI
2. _____
3. _____

Type of Business: FREIGHT FORWARDING    Years In Business: 1.5

Estimated Annual Sales: _____    Credit Limit Requested: _____

FMC Bond No: _____    Surety Company: _____

**BANK REFERENCE**

Bank: COMMERCE    Account No: A17735511

Address: 475 PARK AVENUE SOUTH

City: NY    State: NYC    Zip: 10016

Telephone: 212 634 2920    Account Officer: JOSHUA

**TRADE REFERENCES**

1. Name: GLOBAL SHIPPING    Address: TAMPA

Phone: 813 871 2911    Fax: 813 877 2324    Acct # _____

2. Name: DCL    Address: NEW JERSEY

Phone: _____    Fax: 310 847 3173    Acct # _____

3. Name: KARA WEST    Address: NYC

Phone: _____    Fax: 718 401 7625    Acct # _____

General Lien Agreement: Shipco Transport shall have a general lien on any and all property, wherever located, for all claims for freight and related charges, expenses, advances, interest for accounts outstanding at 6% per annum, and attorneys fees incurred, and for other charges as further defined in Shipco Transport's ocean carrier tariff, its ocean bill of lading, its air waybill, or for any other pertinent charges, incurred by ShipcoTransport, in connection with any shipments, including past shipments, of the undersigned company.

The undersigned Company further agrees that it shall be jointly and severally liable for all charges described above for any amount of credit extended by this Credit Agreement and General Lien Agreement, and Shipco Transport may recover, at its sole option, all charges described above directly from the undersigned Company without first seeking payment from any other person or company.

The above information is required in order to establish an open account with your firm, with the understanding that all charges will be paid within 30 days from date of invoice. Any information contained herein will be considered confidential by Shipco Transport.

5/17/06    _____    MANAGER
Date      Authorized Signature    Title

For Internal use only    CREDIT LIMIT APPROVED: $ 0.00 (ZERO!)

BY: Jacob Green    DATE: 9/12/06

Code: SEA MARINE