UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Shipco Transport, Inc.,                          :    ECF Case
                                                 :
                    Plaintiff,                   :    Civil Action No.: 08 CV 3626 (DAB)
                                                 :
        v.                                       :
                                                 :
Sea Marine Cargo et al.                          :
                                                 :
                    Defendants.                  :
------------------------------------------------------------X

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Shipco Transport, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**NONE.**

Dated: April 11, 2008

                                            Respectfully submitted,

                            By:    _____
                                   Henry P. Gonzalez, LL.M. (HPG 9238)
                                   **RODRIGUEZ O'DONNELL**
                                   **GONZALEZ & WILLIAMS, P.C.**
                                   1211 Connecticut Ave., N.W., Suite 800
                                   Washington, D.C. 20036
                                   (202) 973-2980   Telephone
                                   (202) 293-3307   Facsimile

                                   Attorneys for Plaintiff, Shipco Transport, Inc.